Habersham County E911

# Call For Service Detail Report - CFS 94

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 155 WILLINGHAM AVE, BALDWIN | | | | |
| **Common Name** | Bald PD-400 | | | | |
| **Custom Layer** | | **Census Tract** | | | |
| **Beat** | Baldwin PD | **Quadrant** | Baldwin | **District** | MED 2B |
| **Caller Name** | | **Caller Phone** | | **Call Taker** | achadwick |
| **Create Date** | 2/20/2026 7:12:42 PM | **Clear Date** | 2/20/2026 7:14:47 PM | **Nature Of Call** | |

## Call Details

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| Tag | Routine | Low | achadwick | 2/20/2026 7:12:42 PM |

## Call Narrative

***** 2/20/2026 *****

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 7:12:42 PM | LICENSE PLATE INQUIRY | Chadwick,Ashley | | E911-DISP-DT12 |
| 7:14:47 PM | 408 REQ TO CHECK 28 TO CONFIRM IF COUNTY HAD GOT OUT WITH THIS VEH///CLR THEY DID EARLIER THIS DATE @1830 108 STAT8 | Chadwick,Ashley | | E911-DISP-DT12 |

## EMD Narrative

| Time | Description | User |
|---|---|---|

## Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|

## Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|
| Passenger Car | | | Plate Inquiry | | | SGG8473 |

## Call Dispositions

| Name | Count |
|---|---|
| Cleared | 1 |

## Unit Dispositions

| Name | Count | Unit Number | Disposition Date |
|---|---|---|---|

## Call Log

***** 2/20/2026 *****

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 7:12:42 PM | Incident Created | Added Incident Number, ORI: GA0680500, Number: 2026-00001019 | Ashley Chadwick | |
| 7:12:42 PM | Narrative Added | LICENSE PLATE INQUIRY | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Vehicle Added | Quick Call - Plate No: SGG8473, State: ; | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Call Created | New call created. Call Type: Tag, Location: 155 WILLINGHAM AVE | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Agency Context Added | Police Call Type Added. Call Type: Tag, Status: Routine, Priority: Low | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Plate History Found | Plate History found for SGG8473. Call 78 - TS | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Unit Location | Unit 408 Secondary Location: Secondary Location Cleared | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Unit Status Action | Unit 408 On Scene | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Call Ready for Dispatch | Call marked ready for dispatch | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:43 PM | Paging Action | Attempting to page the following pagers: loganivester | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:43 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 155 WILLINGHAM AVE | cad testing | TEPSCADPRD |
| 7:12:47 PM | Location | Cross streets updated, PARK AVE / WINTERBERRY LN | Ashley Chadwick | E911-DISP-DT12 |
| 7:14:47 PM | Disposition Changed | Added: Cleared Count 1 | Ashley Chadwick | E911-DISP-DT12 |
| 7:14:47 PM | Narrative Added | 408 REQ TO CHECK 28 TO CONFIRM IF COUNTY HAD GOT OUT WITH THIS VEH///CLR THEY DID EARLIER THIS DATE @1830 108 STAT8 | Ashley Chadwick | E911-DISP-DT12 |
| 7:14:47 PM | Unit Status Action | Unit 408 Available | Ashley Chadwick | E911-DISP-DT12 |
| 7:14:47 PM | Call Cleared | Close Call | Ashley Chadwick | E911-DISP-DT12 |

## Unit Log

***** 2/20/2026 *****

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 7:12:42 PM | Unit Location | Secondary Location Cleared | 408 | On Scene | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Unit Status Change | On Scene | 408 | On Scene | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Unit Status Change | Dispatched Call Number: 94, Assigned Location: 155 WILLINGHAM AVE, BALDWIN, Call Type: Tag | 408 | On Scene | Ashley Chadwick | E911-DISP-DT12 |
| 7:12:42 PM | Unit Location | 155 WILLINGHAM AVE, BALDWIN | 408 | On Scene | Ashley Chadwick | E911-DISP-DT12 |
| 7:14:47 PM | User Entry | 408 REQ TO CHECK 28 TO CONFIRM IF COUNTY HAD GOT OUT WITH THIS VEH/// CLR THEY DID EARLIER THIS DATE @1830 108 STAT8 | 408 | Available | Ashley Chadwick | E911-DISP-DT12 |
| 7:14:47 PM | Unit Status Change | Available | 408 | Available | Ashley Chadwick | E911-DISP-DT12 |
| 7:14:47 PM | Unit Cleared | Unit Cleared From Call | 408 | Available | Ashley Chadwick | E911-DISP-DT12 |

## Incidents

| Incident Number | Jurisdiction | Type |
|---|---|---|
| 2026-00001019 | GA0680500: Baldwin Police Dept | Tag |

## Units

| Unit | Radio Number | Personnel | Jurisdiction |
|---|---|---|---|
| 408 | 408 | 408 Ivester | GA0680500: Baldwin Police Dept |

**Attachments**

| File Name | File Description | Attached By |
|---|---|---|

Habersham County E911

# Call For Service Detail Report - CFS 78

| | | | | | |
|---|---|---|---|---|---|
| **Address** | STHWY 365 @ KUDZU HILL DR, CORNELIA | | | | |
| **Common Name** | | | | | |
| **Custom Layer** | | **Census Tract** | | | |
| **Beat** | Baldwin PD | **Quadrant** | Baldwin | **District** | MED 12 |
| **Caller Name** | | **Caller Phone** | | **Call Taker** | TWHIDDEN |
| **Create Date** | 2/20/2026 6:30:41 PM | **Clear Date** | 2/20/2026 6:41:18 PM | **Nature Of Call** | |

## Call Details

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| TS | Routine | Low | TWHIDDEN | 2/20/2026 6:30:41 PM |

## Call Narrative

***** 2/20/2026 *****

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 6:30:41 PM | NISSAN FRON | Whidden,Tyger | | E911-DISP-DT14 |
| 6:30:50 PM | GRAY | Whidden,Tyger | | E911-DISP-DT14 |
| 6:41:18 PM | 108 STAT 8 | Whidden,Tyger | | E911-DISP-DT14 |

## EMD Narrative

| Time | Description | User |
|---|---|---|

## Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|

## Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|
| Passenger Car | | | Plate Inquiry | | | SGG8473 |

## Call Dispositions

| Name | Count |
|---|---|
| Verbal Warning | 1 |

## Unit Dispositions

| Name | Count | Unit Number | Disposition Date |
|---|---|---|---|

## Call Log

*** 2/20/2026 ***

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 6:30:41 PM | Incident Created | Added Incident Number, ORI: GA0680000, Number: 2026-00005418 | Tyger Whidden | |
| 6:30:41 PM | Narrative Added | NISSAN FRON | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Vehicle Added | Quick Call - Plate No: SGG8473, State: ; | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Call Created | New call created. Call Type: TS, Location: 365 KUDZU | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Agency Context Added | Police Call Type Added. Call Type: TS, Status: Routine, Priority: Low | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Unit Location | Unit 125 Secondary Location: Secondary Location Cleared | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Unit Status Action | Unit 125 On Scene | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Call Ready for Dispatch | Call marked ready for dispatch | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Paging Action | Attempting to page the following pagers: adamivester | Tyger Whidden | E911-DISP-DT14 |
| 6:30:50 PM | Narrative Added | GRAY | Tyger Whidden | E911-DISP-DT14 |
| 6:30:57 PM | Location | Call Location Changed from 365 KUDZU to STHWY 365 / KUDZU HILL DR, CORNELIA | Tyger Whidden | E911-DISP-DT14 |
| 6:30:57 PM | Address Verified | Call Location Changed from Unverified To Verified | Tyger Whidden | E911-DISP-DT14 |
| 6:30:57 PM | Location | Call Location Changed from STHWY 365 / KUDZU HILL DR, CORNELIA to STHWY 365 / KUDZU HILL DR, CORNELIA | Tyger Whidden | E911-DISP-DT14 |
| 6:30:57 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address STHWY 365 / KUDZU HILL DR | cad testing | TEPSCADPRD |
| 6:33:44 PM | Unit Status Action | Unit 125 Delay 10 Minutes | Tyger Whidden | E911-DISP-DT14 |
| 6:41:18 PM | Disposition Changed | Added: Verbal Warning Count 1 | Tyger Whidden | E911-DISP-DT14 |
| 6:41:18 PM | Narrative Added | 108 STAT 8 | Tyger Whidden | E911-DISP-DT14 |
| 6:41:18 PM | Unit Status Action | Unit 125 Available | Tyger Whidden | E911-DISP-DT14 |
| 6:41:18 PM | Call Cleared | Close Call | Tyger Whidden | E911-DISP-DT14 |

**Unit Log**

*** 2/20/2026 ***

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 6:30:41 PM | Unit Location | Secondary Location Cleared | 125 | On Scene | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Unit Status Change | On Scene | 125 | On Scene | Tyger Whidden | E911-DISP-DT14 |
| 6:30:41 PM | Unit Status Change | Dispatched Call Number: 78, Assigned Location: 365 KUDZU, Call Type: TS | 125 | On Scene | Tyger Whidden | E911-DISP-DT14 |
| 6:30:57 PM | Unit Location | Assigned Location: STHWY 365 / KUDZU HILL DR, CORNELIA | 125 | On Scene | Tyger Whidden | E911-DISP-DT14 |
| 6:30:57 PM | Unit Location | Assigned Location: STHWY 365 / KUDZU HILL DR, CORNELIA | 125 | On Scene | Tyger Whidden | E911-DISP-DT14 |
| 6:33:41 PM | Unit Check In | | 125 | On Scene | Tyger Whidden | E911-DISP-DT14 |
| 6:33:44 PM | Unit Status Change | Delay 10 Minutes | 125 | Delay 10 Minutes | Tyger Whidden | E911-DISP-DT14 |
| 6:41:18 PM | User Entry | 108 STAT 8 | 125 | Available | Tyger Whidden | E911-DISP-DT14 |
| 6:41:18 PM | Unit Status Change | Available | 125 | Available | Tyger Whidden | E911-DISP-DT14 |
| 6:41:18 PM | Unit Cleared | Unit Cleared From Call | 125 | Available | Tyger Whidden | E911-DISP-DT14 |

**Incidents**

| Incident Number | Jurisdiction | Type |
|---|---|---|
| 2026-00005418 | GA0680000: Habersham County Sheriff's Office | Traffic Stop |

## Units

| Unit | Radio Number | Personnel | Jurisdiction |
|---|---|---|---|
| 125 | 125 | 125 Ivester | GA0680000: Habersham County Sheriff's Office |

## Attachments

| File Name | File Description | Attached By |
|---|---|---|

# HABERSHAM COUNTY

## 10-CODES

| | |
|---|---|
| 10-0 | Use Caution |
| 10-1 | Unable to Copy |
| 10-2 | Radio Signal Good |
| 10-3 | Stop Transmitting |
| 10-4 | Information Received |
| 10-5 | Relay |
| 10-6 | Busy |
| 10-7 | Out of Service |
| 10-8 | In Service |
| 10-9 | Repeat Traffic |
| 10-10 | Fight in Progress |
| 10-11 | Dog / Animal Complaint |
| 10-12 | Stand-by |
| 10-13 | Weather / Road Report |
| 10-14 | Prowler Report |
| 10-15 | Burglary |
| 10-16 | Domestic Problem |
| 10-17 | Armed Robbery |
| 10-18 | Quickly |
| 10-19 | Return to…. |
| 10-20 | Location |
| 10-21 | Call by Phone |
| 10-22 | Disregard |
| 10-23 | Arrived On Scene |
| 10-24 | Completed Last Assignment |
| 10-25 | Report in Person |
| 10-26 | Detaining Subject |
| 10-27 | Driver License |
| 10-28 | Vehicle Registration / Tag |
| 10-29 | Stolen / Wanted |
| 10-30 | Unnecessary Radio Use |
| 10-31 | In Progress |
| 10-32 | Weapon |
| 10-33 | Emergency |
| 10-34 | Riot |
| 10-35 | Transport Liquor |
| 10-36 | Time |
| 10-37 | Suspicious Person / Veh. |
| 10-38 | Traffic Stop |
| 10-39 | Resume Normal Operations |
| 10-40 | If Not 99 Check Owner |
| 10-41 | Begin Duty |
| 10-42 | End of Duty |
| 10-43 | Murder |
| 10-44 | Suicide |
| 10-45 | Welfare Check |
| 10-46 | Assist Motorist |
| 10-47 | Road Repair |
| 10-48 | Traffic Light Out |
| 10-49 | Speeding Vehicle |
| 10-50 | Accident |
| 10-51 | Wrecker Needed |
| 10-52 | EMS Needed |
| 10-53 | Road Blocked |
| 10-54 | Livestock in Road |
| 10-55 | Intoxicated Driver |
| 10-56 | Intoxicated Pedestrian |
| 10-57 | Hit and Run |
| 10-58 | Direct Traffic |
| 10-59 | Escort |
| 10-60 | In the Area |
| 10-61 | Noise Complaint |
| 10-62 | Civil Attempt |
| 10-63 | Prepare to Copy |
| 10-64 | Intoximeter Test |
| 10-65 | Mechanical Breakdown |
| 10-66 | Blood or Urine Test |
| 10-67 | Drug |
| 10-68 | 1013/2013 Transport |
| 10-69 | Message Received |
| 10-70 | Fire |
| 10-71 | Body at |
| 10-72 | Abandoned Vehicle |
| 10-73 | Drowning |
| 10-74 | Negative |
| 10-75 | In Contact with… |
| 10-76 | Enroute |
| 10-77 | ETA |
| 10-78 | Need Assistance |
| 10-79 | Notify Coroner |
| 10-80 | Chase in Progress |
| 10-81 | Status Check |
| 10-82 | Subject on |
| 10-83 | School Crossing |
| 10-84 | Special Detail |
| 10-85 | Delay |
| 10-86 | Child Abuse |
| 10-87 | Rape |
| 10-88 | Phone Number |
| 10-89 | Bomb Threat |
| 10-90 | Bank Alarm |
| 10-91 | Pick Up Subject |
| 10-92 | Improperly Parked Vehicle |
| 10-93 | Blockade |
| 10-94 | Drag Racing |
| 10-95 | Subject in Custody |
| 10-96 | Mental Patient |
| 10-97 | Check Signal |
| 10-98 | Prison / Jail |
| 10-99 | Wanted / Stolen |
| 10-100 | Officer Needs Assistance |
| 10-101 | Medical Acknowledge |
| 10-102 | Send Rescue Unit |
| 10-103 | Send Police Unit |
| 10-104 | Unable to Locate |
| 10-105 | Patient Refused Service |
| 10-106 | Patient Refused Treatment |
| 10-107 | Patient Pickup by Order |
| 10-108 | Transfer Patient |
| 10-109 | Patient Condition |
| 10-110 | Multi-Injury 10-50 |
| SIG 12 | DOA |
| SIG 50 | Eating Meal |
| SIG 60 | Sexual Activity |

| Status Codes / Dispositions | |
|---|---|
| Stat 1 | Gone on Arrival |
| Stat 2 | Unfounded |
| Stat 3 | No Action Taken |
| Stat 4 | Family Violence Report |
| Stat 5 | Incident Report |
| Stat 6 | Accident Report |
| Stat 7 | Traffic Citation |
| Stat 8 | Verbal or Written Warning |
| Stat 9 | Turned over to … |
| Stat 10 | Turned over to Supervisor |
| Stat 11 | Subject Possibly Wanted |
| Stat 12 | Wanted or Confirmed |
| Stat 13 | Call Pending |
| Stat 14 | Civil Matter |