ORI GA0680000

# HABERSHAM CO SHERIFFS OFFICE INCIDENT REPORT

Public Copy

Case # 202605418

## EVENT

INCIDENT TYPE: - ASSISTING OTHER AGENCY
COUNTS: 1
INCIDENT CODE: 9999
PREMISE TYPE: 1 HIGHWAY

INCIDENT LOCATION: 365 NB @ KUDZU HILL, Baldwin, GA 30511
LOCATION NAME:
LOC CODE:
WEAPON TYPE:

INCIDENT DATE: 02/20/2026 [redacted] INCIDENT TIME: 18:30 TO DATE: 02/20/2026 [redacted] TIME: 18:41

STRANGER TO STRANGER: YES X NO UNK

COMPLAINANT:
ADDRESS: PUBLIC COPY REDACTED
PHONE NUMBER: PUBLIC COPY

## VICTIM

VICTIMS NAME:
RACE: SEX: AGE: DOB:
RESIDENCE PHONE: PUBLIC COPY
BUSINESS PHONE: PUBLIC COPY

ADDRESS: PUBLIC COPY REDACTED
CENSUS TRACT:
EMPLOYER OR OCCUPATION:

STUDENT ? YES [ ] NO [X] IF YES, NAME VICTIM"S SCHOOL

## OFFENDER

NAME: RIVAS DIAZ, JOSE CARLOS
RACE: H
SEX: M
DATE OF BIRTH: 1978
AGE: 47

WANTED [ ]
WARRANT [ ]
ARREST [ ]

ADDRESS: PUBLIC COPY REDACTED
CENSUS TRACT: HEIGHT: WEIGHT: HAIR: EYES:

CHARGES: COUNTS: OFFENSE CODE: OFFENSE / ARREST JURISDICTION

JURISDICTION:
CI = CITY
CO = COUNTY
ST = STATE
OU = OUT OF STATE
UN = UNKNOWN

TOTAL NUMBER ARRESTED: 0
ARREST AT OR NEAR OFFENSE SCENE: YES NO UNK
DATE OF OFFENSE:

## VEHICLE

STOLEN [ ] RECOVD [ ] SUSPECTS [ ] IMPOUND [ ]

TAG NUMBER: SGG8473
STATE: GA
YEAR: 2026
V.I.N.:
PLATE ONLY: VIN PLATE ONLY:

YEAR: 2005
MAKE: NISSAN
MODEL: NISS/FRONTIER
STYLE: TRUCK
COLOR: GREY

MOTOR SIZE (CID):
TRANS.: AUTO MAN. SPD
INSURED BY:

## WITNESS

NAMES:
ADDRESS: PUBLIC COPY REDACTED
PHONE NUMBER: PUBLIC COPY REDACTED

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC. | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

| | CLOTHING | OFFICE EQUiP. | TV, RADIO, ETC. | HOUSEHOLD GOODS |
|---|---|---|---|---|
| STOLEN | | | | |
| RECOVERED | | | | |

| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
|---|---|---|---|---|---|
| STOLEN | | | | | |
| RECOVERED | | | | | |

PROPERTY RECOVERY INFO ONLY
THEFT/RECOVERY
DATE OF THEFT

JURIS. CODES
1 = CITY
2 = COUNTY
3 = STATE
4 = OUT OF STATE
5 = UNKNOWN

## ADM

GCIC ENTRY: [ ] WARRANT [ ] MISSING PERSONS [ ] VEHICLE [ ] ARTICLE [ ] BOAT [ ] GUN [ ] SECURITIES

[ ] VICTIM WILL PROSECUTE [ ] UNIF. FOLLOW UP [ ] PHOTO TAKEN? [X] VIDEO\AUDIO [ ] CID NOTIFIED? [ ] FORWARDED TO CID

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT

[ ] CLEARED BY ARREST [X] EXCEPTIONALLY CLEARED [ ] UNFOUNDED

REPORT DATE: 08/18/2026

DATE OF CLEARANCE: 02/20/2026 [X] ADULT [ ] JUVENILE

CASE [ ] ACTIVE [ ] INACTIVE

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG RELATED? [ ] YES [X] NO
IF YES, INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER

[ ] 1-AMPHETAMINE [ ] 2-BARBITURATE [ ] 3-COCAINE [ ] 4-HALLUCINOGEN [ ] 5-HEROIN

[ ] 6-MARIJUANA [ ] 7-METHAMPHETAMINE [ ] 8-OPIUM [ ] 9-SYNTHETIC NARCOTIC [ ] U-UNKNOWN

Synergistic Software Inc., Copyright 2009.

NARRATIVE

On the 20th day of February, 2026 I, Sgt Ivester was traveling south on Hwy 365 when I observed a grey in color Nissan Frontier truck fail to maintain its lane with both right side tires crossing the right hand white line in the area of 365 and Level Grove. I activated my emergency blue lights and conducted a traffic stop in the area of 365 and Kudzu HIll.

Upon contact with the driver later identified as Jose Carlos Rivas-Dias he provided me with a Maryland drivers license. While speaking with Jose he seemed to be nervous while taking to me. Jose fumbled for his license and his hands were shaking. While at the vehicle I observed the picture on the license did not seem to be Jose Carlos. I was informed that ICE agents were in the area that night. Due to them having more access to identification programs I contacted ICE Agent Jeremy for assistance. I advised him that Jose Carlos did not seem to be the person on the license and that I was suspicious that the Identification was fake due to past experience being provided fake identification. Agents arrived on scene and the stop was turned over to them. Before leaving the scene I asked if they were taking care of the vehicle due to Jose Carlos being taken into custody to which they replied yes. The stop was turned over to them.

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER | ASSIGNED INVESTIGATOR | NUMBER |
|---|---|---|---|---|---|
| IVESTER, A. | 125 | WURTZ, M. | 107 | IVESTER, A. | 125 |

Synergistic Software Inc., Copyright 2009.