Gmail

Josh McCall <josh@mccallatlaw.com>

# Georgia Open Records Act Request Concerning February 20, 2026 Traffic Stop, Incident No. 2026-00005418, Related Federal Immigration Enforcement Activity, and Associated Stops, Detentions, Referrals, and Transfers

11 messages

**Josh McCall** <josh@mccallatlaw.com> Tue, Aug 18, 2026 at 10:58 AM
To: so_records@habershamga.com

Dear Records Custodian:

Pursuant to the Georgia Open Records Act, O.C.G.A. § 50-18-70 et seq., I request access to and copies of all records relating to, referencing, arising from, generated during, connected to, or maintained in connection with the February 20, 2026 traffic stop involving Georgia tag number SGG8473, Jose Rivas Diaz, Incident No. 2026-00005418, Call No. 78, Unit 125, the individual identified in agency records as "Ivester," and the individual identified in agency dispatch records as "adamivester." The records already produced identify Incident No. 2026-00005418 as a Habersham County Sheriff's Office traffic stop involving tag number SGG8473, Unit 125, and personnel identified as "Ivester." The same CAD records also reflect that dispatch attempted to page "adamivester" in connection with the stop.

Records already obtained further indicate that:

Habersham County E-911 recorded a traffic stop involving tag number SGG8473 at approximately 6:30 p.m. on February 20, 2026, near State Highway 365 and Kudzu Hill Drive in Cornelia, Georgia. The stop was assigned Incident No. 2026-00005418 and classified as a Habersham County Sheriff's Office traffic stop.

The CAD records identify Unit 125 and personnel identified as "Ivester" as being associated with Incident No. 2026-00005418.

The CAD records further reflect a paging action directed to "adamivester" during the traffic stop.

A subsequent Baldwin Police Department inquiry concerning the same vehicle reflected a dispatch entry stating: "REQ TO CHECK 28 TO CONFIRM IF COUNTY HAD GOT OUT WITH THIS VEH///CLR THEY DID EARLIER THIS DATE @1830."

Federal immigration records state that Deportation Officers and Border Patrol Agents were staged at a Habersham County Sheriff's Office sub-office in Cornelia when a Habersham County Sheriff's Office deputy requested identity verification for an individual encountered during a Habersham County Sheriff's Office initiated traffic stop. Those records further state that federal agents responded to the traffic stop location and took Jose Rivas Diaz into custody.

This request includes records relating not only to Jose Rivas Diaz and Incident No. 2026-00005418, but also to any coordinated enforcement activity, operation, deployment, referral program, task force action, or joint law enforcement activity occurring on February 20, 2026 that resulted in the detention, questioning, referral, transportation, processing, or transfer of additional individuals to federal immigration authorities.

RECORDS PREVIOUSLY PRODUCED AND ATTACHMENTS

I appreciate that Habersham County and/or Habersham County E-911 have previously produced certain materials relating to this matter, including dispatch audio recordings and the CAD/Call for Service Detail Report concerning Incident No. 2026-00005418 and related events.

To assist in identifying responsive records, I am attaching copies of records presently in my possession, including:

The sworn declaration of Jose Rivas Diaz;

Federal immigration records concerning Jose Rivas Diaz, including Form I-213 materials;

The previously produced dispatch audio recordings and CAD/Call for Service Detail Report;

The written response from the City of Baldwin stating that the tag number was linked to a traffic stop conducted by a Habersham County deputy and that former Baldwin Police Department Officer Logan Ivester was not present during the traffic stop; and

Other records previously produced regarding these events.

These attachments are provided solely to facilitate identification of responsive records and should not be construed as limiting the scope of this request. This request seeks all responsive records, including records not previously produced, records maintained in separate databases or repositories, records maintained by individual employees, and records maintained through any task force or joint law-enforcement operation.

TRAFFIC STOP RECORDS

All incident reports, offense reports, supplemental reports, field interview reports, traffic stop reports, warning citations, citations, investigative reports, contact reports, field notes, notebook entries, and narrative reports relating to the stop.

All records identifying the legal basis for the stop, including any alleged traffic violation, equipment violation, lighting violation, officer observations, reasonable suspicion, probable cause determination, or citizen complaint that led to the stop.

All records reflecting the disposition of the stop, including warnings, citations, referrals, arrests, detention decisions, transfers, or other enforcement actions.

CAD, DISPATCH, AND COMMUNICATIONS RECORDS

Complete CAD records, dispatch records, event histories, call-for-service reports, incident histories, status logs, dispatcher notes, comments, narratives, activity histories, run reports, and audit logs for Incident No. 2026-00005418 and Call No. 78.

All radio traffic recordings, dispatch recordings, telephone recordings, and communications center recordings relating to the stop and any subsequent federal involvement.

All records identifying every user who created, modified, viewed, updated, searched, or accessed any CAD, RMS, dispatch, or electronic records associated with the incident.

All logs, metadata, audit records, transaction histories, and system records reflecting the timing and substance of vehicle registration, driver's license, NCIC, GCIC, immigration, or other database inquiries conducted in connection with the stop.

BODY-WORN CAMERA, DASH CAMERA, AND DIGITAL EVIDENCE

All body-worn camera recordings, dash camera recordings, vehicle camera recordings, surveillance recordings, photographs, audio recordings, digital evidence, and attachments associated with the incident.

All evidence logs, chain-of-custody logs, and records identifying the existence, transfer, deletion, retention, or destruction of any audio, video, photographic, or digital evidence relating to the stop.

COMMUNICATIONS WITH FEDERAL AUTHORITIES

All communications between Habersham County Sheriff's Office personnel and any employee, officer, or agent of ICE, Border Patrol, HSI, CBP, DHS, or any other federal law enforcement agency regarding Jose Rivas Diaz, tag number SGG8473, Incident No. 2026-00005418, the February 20, 2026 traffic stop, or any person encountered during that stop.

All emails, text messages, MDT/MDC messages, memoranda, reports, notes, communications, correspondence, referrals, requests, notifications, or electronic messages relating to the stop or any immigration-related inquiry arising from the stop.

IMMIGRATION REFERRAL AND VERIFICATION RECORDS

All records concerning requests for immigration status verification, identity verification, alienage verification, biometric verification, immigration database checks, immigration referrals, immigration notifications, immigration holds, immigration detainers, immigration screenings, or immigration investigations concerning Jose Rivas Diaz.

All records identifying:

a. Who requested federal assistance;

b. When the request was made;

c. The information provided to federal authorities;

d. The means of communication used to transmit the request; and

e. The federal personnel who received or acted upon the request.

All records concerning the transfer, turnover, custody, detention, transportation, processing, or release of Jose Rivas Diaz on February 20 and 21, 2026.

OPERATIONAL PLANNING AND COORDINATION RECORDS

All operational plans, mission plans, operations orders, briefing materials, deployment plans, intelligence reports, target lists, lookout lists, operational summaries, situation reports, coordination documents, after-action reports, debriefing materials, or planning documents relating to immigration enforcement operations conducted in Habersham County on or about February 20, 2026.

All records reflecting coordination, planning, staging, deployment, meetings, briefings, or communications between Habersham County Sheriff's Office personnel and federal immigration authorities

concerning enforcement activities conducted on February 20, 2026.

All records sufficient to identify individuals detained, referred to federal authorities, questioned by federal authorities, transported, processed, or transferred to federal custody as part of the same operation or enforcement activity occurring on February 20, 2026.

All after-action reports, summaries, statistical reports, presentations, emails, memoranda, or communications discussing the results of any such operation.

RELATED STOPS, DETENTIONS, REFERRALS, AND TRANSFERS

All records sufficient to identify every traffic stop, field interview, detention, immigration referral, immigration screening, immigration status verification request, identity verification request, transfer to federal custody, or encounter involving ICE, Border Patrol, DHS, HSI, CBP, or any other federal immigration authority that occurred as part of the same operation, deployment, mission, enforcement action, coordinated activity, or law-enforcement initiative occurring on or about February 20, 2026.

For each such stop, detention, referral, encounter, or transfer, records sufficient to identify:

a. Incident number;

b. CAD number;

c. Date and time;

d. Location;

e. Participating agencies;

f. Participating officers or agents;

g. Disposition of the encounter;

h. Whether federal immigration authorities became involved; and

i. Whether any individual was transported, detained, processed, referred, or transferred to federal custody.

All arrest logs, detention logs, transport logs, prisoner transport records, detainee manifests, booking logs, chain-of-custody records, transfer records, vehicle manifests, passenger manifests, and custody records reflecting individuals detained, transported, processed, referred, questioned, screened, arrested, or transferred during the operation.

All records identifying the total number of individuals encountered, stopped, detained, questioned, screened, referred to federal authorities, processed, transported, arrested, or transferred as part of the operation conducted on February 20, 2026. [

All records sufficient to identify every request made by Habersham County Sheriff's Office personnel to ICE, Border Patrol, DHS, HSI, CBP, or any other federal authority for identity verification, immigration status verification, alienage determination, biometric confirmation, immigration records checks, immigration screening, immigration assistance, or immigration enforcement support on February 20, 2026.

All records reflecting communications regarding the identification,

selection, targeting, monitoring, surveillance, referral, detention, transportation, questioning, or investigation of construction workers, laborers, work vehicles, contractor vehicles, Spanish-speaking individuals, or persons suspected of being removable noncitizens as part of any enforcement activity conducted on February 20, 2026.

All after-action reports, summaries, debriefings, operational assessments, emails, memoranda, presentations, spreadsheets, statistical reports, performance reports, and communications discussing:

a. The number of individuals encountered;

b. The number of individuals referred to federal immigration authorities;

c. The number of individuals transferred to federal custody;

d. The results of the operation;

e. Any objectives achieved during the operation; and

f. Any lessons learned, critiques, recommendations, or follow-up actions arising from the operation.

All records reflecting the planning, authorization, approval, coordination, or execution of any operation conducted on February 20, 2026 involving cooperation between Habersham County Sheriff's Office personnel and federal immigration authorities, including records sufficient to identify all participating personnel, units, supervisors, agencies, and staging locations.

All records sufficient to identify every individual who was detained, transported, questioned, referred, processed, or transferred during the operation, including records reflecting the existence of such individuals even if personally identifying information is redacted pursuant to any claimed exemption.

DEPUTY, PERSONNEL, AND ASSIGNMENT RECORDS

Records sufficient to identify every Habersham County Sheriff's Office employee, deputy, supervisor, investigator, task force officer, dispatcher, or other personnel involved in Incident No. 2026-00005418, including but not limited to:

a. The personnel assigned to Unit 125;

b. The individual identified as "Ivester" in the CAD records;

c. The individual identified in dispatch records as "adamivester";

d. The chain of command supervising the stop; and

e. Any supervisor who approved, directed, coordinated, monitored, or participated in actions arising from the stop.

All dispatch, paging, MDT, CAD, text, email, radio, telephone, and other communications involving the user or employee identified in agency records as "adamivester" concerning Incident No. 2026-00005418, tag number SGG8473, Jose Rivas Diaz, any immigration inquiry, any referral to federal authorities, or any enforcement operation conducted on February 20, 2026.

POLICIES, AGREEMENTS, AND TRAINING

All memoranda of understanding, agreements, cooperative agreements,

intergovernmental agreements, task force agreements, written policies, directives, manuals, procedures, and training materials in effect on February 20, 2026 concerning:

a. Cooperation with ICE;

b. Cooperation with Border Patrol;

c. Immigration referrals;

d. Immigration status inquiries;

e. Immigration enforcement operations;

f. Federal task force participation; and

g. Transfer of individuals to federal immigration authorities.

PRIOR OPEN RECORDS SEARCHES AND PRODUCTIONS

All records reflecting the searches conducted in response to prior open records requests concerning Jose Rivas Diaz, tag number SGG8473, Incident No. 2026-00005418, Deputy Ivester, the user identified as "adamivester," or the February 20, 2026 events, including search logs, search terms, custodians searched, locations searched, correspondence concerning the search, and records sufficient to identify why certain records were produced while others were not.

All correspondence between Habersham County personnel and any other agency concerning responses to open records requests related to these events, including communications with the City of Baldwin, ICE, DHS, Border Patrol, or any federal agency.

PRESERVATION, DELETION, AND RETENTION RECORDS

All audit logs, deletion logs, retention logs, destruction records, transfer records, archival records, and metadata reflecting whether any responsive records were modified, deleted, transferred, archived, exported, or destroyed.

If any requested record has been deleted, destroyed, transferred, overwritten, purged, or is otherwise unavailable, please provide records identifying the disposition of the record, the date of disposition, the individual authorizing disposition, and the authority relied upon for that action.

If any portion of this request is denied, please identify each withheld record with particularity and provide the specific statutory basis for withholding pursuant to O.C.G.A. § 50-18-71.

Please construe this request broadly. If any portion of a record is exempt from disclosure, please produce the non-exempt portions and identify the basis for any redactions.

I request production in electronic format whenever available. Please notify me before incurring costs exceeding $25.00 and provide an itemized estimate of any anticipated charges.

Respectfully,

Joshua McCall
The McCall Firm, LLC
201 Forrest Avenue, Suite A
Gainesville, Georgia 30501
(678) 696-5348

josh@mccallfirm.com

Sincerely,

Joshua McCall (Abogado Josué)
Immigration Attorney (Abogado de Inmigración)
The McCall Firm, LLC (La Firma de los McCalls)
201 Forrest Avenue, Suite A
Gainesville, GA 30501
(678) 696-5348
josh@mccallatlaw.com
https://www.facebook.com/jennifermccallattorney/
https://www.mccallatlaw.com/

10 »Bienaventurados los que padecen persecución por causa de la justicia, porque de ellos es el reino de los cielos. Mateo 5:10, el Sermon del Monte

10 Blessed are those who are persecuted because of justice,
for theirs is the kingdom of heaven. Matthew 5:10

This message may be Attorney-Client communication and is privileged, confidential. If you are not the intended recipient indicated above, you are notified that any review, dissemination, distribution, or copying of this message is strictly prohibited.

Federal law requires foreign nationals to report their personal change of address on Form AR-11 within ten days of moving. Failure to comply is punishable by a fine of up to $200, imprisonment for thirty days, removal from the U.S. The AR-11 form is available at: https://www.uscis.gov/ar-11

---

**11 attachments**

**I213.pdf**
198K

**2. Call for Service Detail Report Habersham County 911.pdf**
125K

**1. Jose Declaracion jurada.pdf**
351K

**3. The McCall Firm, LLC Mail - RE_ Georgia Open Records Act Request Concerning Jose Rivas Diaz.pdf**
409K

**6THEMC~1.PDF**
360K

**1_SO_2026_02_20_18_33_33_by_Start_Time_asc.wav**
122K

**0_SO_2026_02_20_18_30_22_by_Start_Time_asc.wav**
311K

**4_PD_2026_02_20_19_13_01_by_Start_Time_asc.wav**
174K

**3_PD_2026_02_20_19_12_12_by_Start_Time_asc.wav**
376K

**2_SO_2026_02_20_18_41_04_by_Start_Time_asc.wav**
51K

**5_PD_2026_02_20_19_13_27_by_Start_Time_asc.wav**
83K

---

**SO Records** <so_records@habershamga.com> Tue, Aug 18, 2026 at 11:06 AM
To: Josh McCall <josh@mccallatlaw.com>

Mr. McCall,

We have received your records request and will begin processing it. I will keep you posted.

Shelby J. Jardine
Records Clerk
Habersham Co. Sheriff's Office
Office: 706-839-0513
sjjardine@habershamga.com

Confidentiality Disclaimer: This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure under the Georgia Open Records Act. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

-----Original Message-----
From: Josh McCall <josh@mccallatlaw.com>
Sent: Tuesday, August 18, 2026 10:59 AM
To: SO Records <so_records@habershamga.com>
Subject: Georgia Open Records Act Request Concerning February 20, 2026 Traffic Stop, Incident No. 2026-00005418, Related Federal Immigration Enforcement Activity, and Associated Stops, Detentions, Referrals, and Transfers

[CAUTION: This message originated from outside of the Habersham County email system. -- Please exercise caution before clicking links, opening attachments, replying, or providing information to the sender.]

Caution! This message was sent from outside your organization.

[Quoted text hidden]

https://us-west-2.protection.sophos.com?d=facebook.com&u=aHR0cHM6Ly93d3cuZmFjZWJvb2suY29tL2plbm5pZmVybWNjYWxsYXR0b3JuZXkv&i=NjQ0MmI4ZGIwMDkzYzQyZGI3YzIxM2I5&t=ZkxUbnd6N285b0c0WG1Nc1NZVU9YNTRwYWVjNVM3ME1LNHNKb0RrNVdhcz0=&h=1f33db69898441bc871a42fd13954ade&s=AVNPUEhUT0NFTkNSWVBUSVaoe18vx9Ff0VL8hAKfVz7Mjfm2bWL7QKXnWsFeACYsaQ
https://us-west-2.protection.sophos.com?d=mccallatlaw.com&u=aHR0cHM6Ly93d3cubWNjYWxsYXRsYXcuY29tLw==&i=NjQ0MmI4ZGIwMDkzYzQyZGI3YzIxM2I5&t=dzA2SUIxMnFtYW1PSFVPRG1GVm55VWVjWlF5WnNOZ28xQjZwL3R5ZFdvVT0=&h=1f33db69898441bc871a42fd13954ade&s=AVNPUEhUT0NFTkNSWVBUSVaoe18vx9Ff0VL8hAKfVz7Mjfm2bWL7QKXnWsFeACYsaQ

10 »Bienaventurados los que padecen persecución por causa de la justicia, porque de ellos es el reino de los cielos. Mateo 5:10, el Sermon del Monte

10 Blessed are those who are persecuted because of justice,
for theirs is the kingdom of heaven. Matthew 5:10

This message may be Attorney-Client communication and is privileged, confidential. If you are not the intended recipient indicated above, you are notified that any review, dissemination, distribution, or copying of this message is strictly prohibited.

Federal law requires foreign nationals to report their personal change of address on Form AR-11 within ten days of

moving. Failure to comply is punishable by a fine of up to $200, imprisonment for thirty days, removal from the U.S. The AR-11 form is available at:
https://us-west-2.protection.sophos.com?d=uscis.gov&u=aHR0cHM6Ly93d3cudXNjaXMuZ292L2FyLTEx&i=NjQ0MmI4ZGIwMDkzYzQyZGI3YzIxM2I5&t=OFB4aFZvNjdDanRiN0NIQ05FQlV4ME R2RFFXVXhjY1M3S3lRaWxFcTlPVT0=&h=1f33db69898441bc871a42fd13954ade&s=AVNPUEhUT0NFTkNSWVBUSVaoe18vx9Ff0VL8hAKfVz7Mjfm2bWL7QKXnWsFeACYsaQ

---

**3. The McCall Firm, LLC Mail - RE_ Georgia Open Records Act Request Concerning Jose Rivas Diaz.pdf**
409K

---

**SO Records** <so_records@habershamga.com> Tue, Aug 18, 2026 at 11:54 AM
To: Josh McCall <josh@mccallatlaw.com>

Mr. McCall,

I am attaching your requested records request. We do not have anything of record as to an incident report or arrest booking.

We do have a CD available on the traffic stop. Would you like to pick it up or have it mailed? If mailed please provide an address.

As to the phone records. You would need to do that request as discovery through the DA or solicitor's office per our Major Moss.

Regards,

Shelby J. Jardine
Records Clerk
Habersham Co. Sheriff's Office
Office: 706-839-0513
sjjardine@habershamga.com

Confidentiality Disclaimer: This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure under the Georgia Open Records Act. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

-----Original Message-----
From: Josh McCall <josh@mccallatlaw.com>
Sent: Tuesday, August 18, 2026 10:59 AM
To: SO Records <so_records@habershamga.com>
Subject: Georgia Open Records Act Request Concerning February 20, 2026 Traffic Stop, Incident No. 2026-00005418, Related Federal Immigration Enforcement Activity, and Associated Stops, Detentions, Referrals, and Transfers

[CAUTION: This message originated from outside of the Habersham County email system. -- Please exercise caution before clicking links, opening attachments, replying, or providing information to the sender.]

Caution! This message was sent from outside your organization.

[Quoted text hidden]

https://us-west-2.protection.sophos.com?d=facebook.com&u=aHR0cHM6Ly93d3cuZmFjZWJvb2suY29tL2plbm5pZmVybWNjYWxsYXR0b3JuZXkv&i=NjQ0MmI4ZGIwMDkzYzQyZGI3YzIxM2I5&t=ZkxUbnd6N285b0c0WG1Nc1NZVU9YNTRwYWVjNVM3ME1LNHNKb0RrNVdhcz0=&h=1f33db69898441bc871a42fd13954ade&s=AVNPUEhUT0NFTkNSWVBUSVaoe18vx9Ff0VL8hAKfVz7Mjfm2bWL7QKXnWsFeACYsaQ
https://us-west-2.protection.sophos.com?d=mccallatlaw.com&u=aHR0cHM6Ly93d3cubWNjYWxsYXRsYX

cuY29tLw==&i=NjQ0MmI4ZGIwMDkzYzQyZGI3YzIxM2I5&t=dzA2SUlxMnFtYW1PSFVPRG1GVm55VW
VjWlF5WnNOZ28xQjZwL3R5ZFdvVT0=&h=1f33db69898441bc871a42fd13954ade&s=
AVNPUEhUT0NFTkNSWVBUSVaoe18vx9Ff0VL8hAKfVz7Mjfm2bWL7QKXnWsFeACYsaQ

10 »Bienaventurados los que padecen persecución por causa de la justicia, porque de ellos es el reino de los cielos. Mateo 5:10, el Sermon del Monte

10 Blessed are those who are persecuted because of justice,
for theirs is the kingdom of heaven. Matthew 5:10

This message may be Attorney-Client communication and is privileged, confidential. If you are not the intended recipient indicated above, you are notified that any review, dissemination, distribution, or copying of this message is strictly prohibited.

Federal law requires foreign nationals to report their personal change of address on Form AR-11 within ten days of moving. Failure to comply is punishable by a fine of up to $200, imprisonment for thirty days, removal from the U.S. The AR-11 form is available at:
https://us-west-2.protection.sophos.com?d=uscis.gov&u=aHR0cHM6Ly93d3cudXNjaXMuZ292L2FyLTEx&i=
NjQ0MmI4ZGIwMDkzYzQyZGI3YzIxM2I5&t=OFB4aFZvNjdDanRiN0NIQ05FQlV4ME
R2RFFXVXhjY1M3S3lRaWxFcTlPVT0=&h=1f33db69898441bc871a42fd13954ade&s=
AVNPUEhUT0NFTkNSWVBUSVaoe18vx9Ff0VL8hAKfVz7Mjfm2bWL7QKXnWsFeACYsaQ

---

**3. The McCall Firm, LLC Mail - RE_ Georgia Open Records Act Request Concerning Jose Rivas Diaz.pdf**
409K

---

**Josh McCall** <josh@mccallatlaw.com> Tue, Aug 18, 2026 at 12:28 PM
To: SO Records <so_records@habershamga.com>

I'd like to pick it up. Can I come get it this afternoon?

Thanks for the quick response!

Sincerely,

Joshua McCall (Abogado Josué)
Immigration Attorney (Abogado de Inmigración)
The McCall Firm, LLC (La Firma de los McCalls)
201 Forrest Avenue, Suite A
Gainesville, GA 30501
(678) 696-5348
josh@mccallatlaw.com
https://www.facebook.com/jennifermccallattorney/
https://www.mccallatlaw.com/

THE MCCALL FIRM, LLC
FAMILY AND IMMIGRATION LAW

10 »Bienaventurados los que padecen persecución por causa de la justicia, porque de ellos es el reino de los cielos. Mateo 5:10, el Sermon del Monte

10 Blessed are those who are persecuted because of justice,
for theirs is the kingdom of heaven. Matthew 5:10

This message may be Attorney-Client communication and is privileged, confidential. If you are not the intended recipient indicated above, you are notified that any review, dissemination, distribution, or copying of this message is strictly prohibited.

Federal law requires foreign nationals to report their personal change of address on Form AR-11 within ten days of moving. Failure to comply is punishable by a fine of up to $200, imprisonment for thirty days, removal from the U.S. The AR-11 form is available at: https://www.uscis.gov/ar-11

[Quoted text hidden]

---

**SO Records** <so_records@habershamga.com> Tue, Aug 18, 2026 at 12:30 PM
To: Josh McCall <josh@mccallatlaw.com>

That is fine, we are here until 5.

Thanks,

Kristin Partin

Habersham County Sheriff's office

706-839-0519

kpartin@habershamga.com

---

**From:** Josh McCall <josh@mccallatlaw.com>
**Sent:** Tuesday, August 18, 2026 12:29 PM
**To:** SO Records <so_records@habershamga.com>
**Subject:** Re: Georgia Open Records Act Request Concerning February 20, 2026 Traffic Stop, Incident No. 2026-00005418, Related Federal Immigration Enforcement Activity, and Associated Stops, Detentions, Referrals, and Transfers

[**CAUTION:** This message originated from outside of the Habersham County email system. -- **Please exercise caution** before clicking links, opening attachments, replying, or providing information to the sender.]

I'd like to pick it up. Can I come get it this afternoon?

Thanks for the quick response!

Sincerely,

Joshua McCall (Abogado Josué)

Immigration Attorney (Abogado de Inmigración)

The McCall Firm, LLC (La Firma de los McCalls)

201 Forrest Avenue, Suite A

Gainesville, GA 30501

(678) 696-5348

josh@mccallatlaw.com

https://www.facebook.com/jennifermccallattorney/

https://www.mccallatlaw.com/

[Quoted text hidden]

[Quoted text hidden]

---

**Josh McCall** <josh@mccallatlaw.com> Tue, Aug 18, 2026 at 1:33 PM
To: SO Records <so_records@habershamga.com>

Shelby,

Thank you for your prompt response and for providing the records that are available. I will be coming this afternoon to pick up the CD.

With respect to the phone records, I respectfully request that the Sheriff's Office process that portion of my request under the Georgia Open Records Act. As I understand it, the existence of potential criminal proceedings or discovery procedures does not relieve an agency of its obligations under the Open Records Act. If the records are being withheld, please identify the specific statutory exemption upon which the Sheriff's Office is relying and provide any non-exempt portions of the records.

If the Sheriff's Office does not maintain the requested phone records but another governmental entity does, I would appreciate any information you can provide regarding the custodian of those records.

Thank you again for your assistance. I look forward to receiving the CD and any additional responsive records.

Respectfully,

Joshua McCall
The McCall Firm, LLC
201 Forrest Avenue, Suite A
Gainesville, Georgia 30501
(678) 696-5348
josh@mccallfirm.com

Sincerely,

Joshua McCall (Abogado Josué)
Immigration Attorney (Abogado de Inmigración)
The McCall Firm, LLC (La Firma de los McCalls)

201 Forrest Avenue, Suite A
Gainesville, GA 30501
(678) 696-5348
josh@mccallatlaw.com
https://www.facebook.com/jennifermccallattorney/
https://www.mccallatlaw.com/

THE MCCALL FIRM, LLC
FAMILY AND IMMIGRATION LAW

10 »Bienaventurados los que padecen persecución por causa de la justicia, porque de ellos es el reino de los cielos.
Mateo 5:10, el Sermon del Monte

10 Blessed are those who are persecuted because of justice,
for theirs is the kingdom of heaven. Matthew 5:10

This message may be Attorney-Client communication and is privileged, confidential. If you are not the intended recipient indicated above, you are notified that any review, dissemination, distribution, or copying of this message is strictly prohibited.

Federal law requires foreign nationals to report their personal change of address on Form AR-11 within ten days of moving. Failure to comply is punishable by a fine of up to $200, imprisonment for thirty days, removal from the U.S. The AR-11 form is available at: https://www.uscis.gov/ar-11

[Quoted text hidden]

---

**2 attachments**

**~WRD0000.jpg**
1K

**image001.png**
36K

---

**SO Records** <so_records@habershamga.com> Tue, Aug 18, 2026 at 3:56 PM
To: Josh McCall <josh@mccallatlaw.com>

Mr. McCall,

In response to your records request on Officer Ivester's phone records, we are going to make a good faith effort to obtain his personal cell phone records. Sgt. Ivester does come back to work on Friday night so if you could please bear with us, we will let you know as soon as possible.

Thank you,

**Shelby J. Jardine**

Records Clerk

Habersham Co. Sheriff's Office

Office: 706-839-0513

sjjardine@habershamga.com

**Confidentiality Disclaimer:** This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure under the Georgia Open Records Act. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Josh McCall <josh@mccallatlaw.com>
**Sent:** Tuesday, August 18, 2026 1:33 PM
**To:** SO Records <so_records@habershamga.com>
**Subject:** Re: Georgia Open Records Act Request Concerning February 20, 2026 Traffic Stop, Incident No. 2026-00005418, Related Federal Immigration Enforcement Activity, and Associated Stops, Detentions, Referrals, and Transfers

[**CAUTION:** This message originated from outside of the Habersham County email system. -- **Please exercise caution** before clicking links, opening attachments, replying, or providing information to the sender.]

[Quoted text hidden]

---

**3. The McCall Firm, LLC Mail - RE_ Georgia Open Records Act Request Concerning Jose Rivas Diaz.pdf**
409K

---

**Josh McCall** <josh@mccallatlaw.com> Wed, Aug 19, 2026 at 10:23 AM
To: SO Records <so_records@habershamga.com>

I appreciate your prompt and thorough work on this matter, and I have no problem waiting till next week or the week after for the results. My client has a hearing before Immigration Court Sept. 21, so I would like them a couple of weeks before the hearing so I can review and prep the evidence if that is feasible.

Again, you and your staff have been wonderful. Have a nice day, and I look forward to hearing from you.

Sincerely,

Joshua McCall (Abogado Josué)
Immigration Attorney (Abogado de Inmigración)
The McCall Firm, LLC (La Firma de los McCalls)
201 Forrest Avenue, Suite A
Gainesville, GA 30501
(678) 696-5348
josh@mccallatlaw.com
https://www.facebook.com/jennifermccallattorney/
https://www.mccallatlaw.com/

THE MCCALL FIRM, LLC
FAMILY AND IMMIGRATION LAW

10 »Bienaventurados los que padecen persecución por causa de la justicia, porque de ellos es el reino de los cielos.
Mateo 5:10, el Sermon del Monte

10 Blessed are those who are persecuted because of justice,
for theirs is the kingdom of heaven. Matthew 5:10

This message may be Attorney-Client communication and is privileged, confidential. If you are not the intended recipient indicated above, you are notified that any review, dissemination, distribution, or copying of this message is strictly prohibited.

Federal law requires foreign nationals to report their personal change of address on Form AR-11 within ten days of moving. Failure to comply is punishable by a fine of up to $200, imprisonment for thirty days, removal from the U.S. The AR-11 form is available at: https://www.uscis.gov/ar-11

[Quoted text hidden]

---

**SO Records** <so_records@habershamga.com> Wed, Aug 19, 2026 at 10:25 AM
To: Josh McCall <josh@mccallatlaw.com>

Thank you Mr. McCall. I will try and let you know as soon as possible.

**Shelby J. Jardine**

Records Clerk

Habersham Co. Sheriff's Office

Office: 706-839-0513

sjjardine@habershamga.com

**Confidentiality Disclaimer:** This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure under the Georgia Open Records Act. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Josh McCall <josh@mccallatlaw.com>
**Sent:** Wednesday, August 19, 2026 10:24 AM
**To:** SO Records <so_records@habershamga.com>
**Subject:** Re: Georgia Open Records Act Request Concerning February 20, 2026 Traffic Stop, Incident No. 2026-00005418, Related Federal Immigration Enforcement Activity, and Associated Stops, Detentions, Referrals, and Transfers

[**CAUTION:** This message originated from outside of the Habersham County email system. -- **Please exercise caution** before clicking links, opening attachments, replying, or providing information to the sender.]

[Quoted text hidden]

---

**SO Records** <so_records@habershamga.com> Mon, Aug 24, 2026 at 10:15 AM
To: Josh McCall <josh@mccallatlaw.com>

Mr. McCall,

I'm sorry but Sgt. Ivester will not surrender his phone. You will have to subpoena that information.

Regards,

**Shelby J. Jardine**

Records Clerk

Habersham Co. Sheriff's Office

Office: 706-839-0513

sjjardine@habershamga.com

**Confidentiality Disclaimer:** This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure under the Georgia Open Records Act. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Josh McCall <josh@mccallatlaw.com>
**Sent:** Tuesday, August 18, 2026 1:33 PM
**To:** SO Records <so_records@habershamga.com>
**Subject:** Re: Georgia Open Records Act Request Concerning February 20, 2026 Traffic Stop, Incident No. 2026-00005418, Related Federal Immigration Enforcement Activity, and Associated Stops, Detentions, Referrals, and Transfers

[**CAUTION:** This message originated from outside of the Habersham County email system. -- **Please exercise caution** before clicking links, opening attachments, replying, or providing information to the sender.]

[Quoted text hidden]

---

**Josh McCall** <josh@mccallatlaw.com> Mon, Aug 24, 2026 at 10:35 AM
To: SO Records <so_records@habershamga.com>

Ok, thank you for letting me know.

Sincerely,

Joshua McCall (Abogado Josué)
Immigration Attorney (Abogado de Inmigración)
The McCall Firm, LLC (La Firma de los McCalls)
201 Forrest Avenue, Suite A
Gainesville, GA 30501
(678) 696-5348
josh@mccallatlaw.com
https://www.facebook.com/jennifermccallattorney/
https://www.mccallatlaw.com/

THE MCCALL FIRM, LLC
FAMILY AND IMMIGRATION LAW

10 »Bienaventurados los que padecen persecución por causa de la justicia, porque de ellos es el reino de los cielos. Mateo 5:10, el Sermon del Monte

10 Blessed are those who are persecuted because of justice,
for theirs is the kingdom of heaven. Matthew 5:10

This message may be Attorney-Client communication and is privileged, confidential. If you are not the intended recipient indicated above, you are notified that any review, dissemination, distribution, or copying of this message is strictly prohibited.

Federal law requires foreign nationals to report their personal change of address on Form AR-11 within ten days of moving. Failure to comply is punishable by a fine of up to $200, imprisonment for thirty days, removal from the U.S. The AR-11 form is available at: https://www.uscis.gov/ar-11

[Quoted text hidden]