Uploaded on: 08/12/2026 at 08:56:02 AM (Eastern Daylight Time) Base City: ATL

[redacted]

[redacted]

Person ID: [redacted] Sex: M DOB: 07/18/1978 Current Age: 48 COB: ELSAL COC: ELSAL

Subject ID [redacted] Processing Disposition: Warrant of Arrest/Notice to Appear ICE Non-Detained Portal Verified Account: No RCA Lo

Case # [redacted] Case Category: [8B] Docket: ATL - ATD BONDS 000-499

Final Order of Removal: No
Final Order Date: N/A
Proceed With Removal: N/A
Days Final Order in Effect: N/A

Time in Custody: N/A
Depart / Cleared Status: ACTIVE

Special Class:



**Current / Active Alerts**

Detention History | Enrolled in ATD | Active Bond

## Rivas-Diaz, Jose Carlos 094 829 067

# Encounter Details

**1 Encounter(s) linked to Person ID:** [redacted]

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 1 | [redacted] | 094829067 | RIVAS-DIAZ | JOSE CARLOS | ELSAL | [redacted] | 07/18/1978 | 02/20/2026 | [redacted] | 8B |

# Encounter Details

All information below may only be edited in [redacted]

## Event / Incident Information

[redacted]

## Subject Information

FINS: 1035239993
DNA Collection Device Number: F4825647
A-Number: 094 829 067
Control Name: RIVAS-DIAZ
First Name: JOSE CARLOS
Middle Name: N/A
Maiden: N/A
Nickname: N/A
Living?: N/A
Sex: M
Marital Status: Married
SSN: N/A
Juvenile Verified: N/A
Occupation: N/A
TSC Log #: N/A
NUIN #: N/A
SEN #: N/A
[redacted]

Historical Priority: [redacted]
Criminal Type: N/A
Agg Felon: No Aggravated Felony Convictions
Primary Citizenship: EL SALVADOR
Stateless Type: N/A
Hair: BLK
Eyes: BRO
Complexion: LBR
Race: W
Origin: H
Date of Birth: 07/18/1978
Age: 48
Age at Encounter: 47
Height: 66
Weight: 175
Speak/Understand English: N
Read/Write English: N
Primary Language: SPANISH

Role: P
Role Comment: N/A
Processing Disposition: Warrant of Arrest/Notice to Appear
INS Status: N/A
POE: N/A
Entry Date: N/A
Entry Class: N/A
Apprehension Date: 2026-02-21 05:11:20.0
Warrant served by Warrant Service Officer (WSO)? N/A
Arrest Method: Non-Custodial Arrest
Site: ATL
Landmark: CORNGA - CORNELIA, GA
Arrest At/Near: Atlanta, Ga
Juvenile Status: N/A
CBP Family Unit ID: N/A
CBP Separation Reason: N/A
Accompanying Family Member Relation: N/A

EOIR – 1 of 3

U.S. Veteran Status: **N**

Relationship to U.S. Veteran(s): **N/A**

Family Members: **N/A**

Alien is the parent ***and also*** the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 02/20/2026 07:43 PM

ENCOUNTER:
On 02/20/2026, the [redacted]rrested RIVAS-DIAZ, Jose Carlos (A#094829067), a citizen of El Salvador, who was illegally residing in the US. [redacted]officers encountered RIVAS-DIAZ while conducting [redacted] operations with deputies from the Habersham County Sheriff's Office (HCSO), in Cornelia, GA.

At approximately 1832 hours, Deportation Officers (DO's) and Border Patrol Agents (BPA's) assigned to [redacted] were staged at the Habersham County Sheriff's sub-office in Cornelia GA, when an HCSO Deputy requested ID verification for an individual encountered during an HCSO-initiated traffic stop. DO's [redacted]egan running records checks on a subject later identified by biometric confirmation as RIVAS-DIAZ. DO's [redacted] responded to the traffic stop located at 484 Town Center Dr, Cornelia GA, 30531 and conducted a field interview to establish the subject's identity, alienage, and removability. It was determined that RIVAS-DIAZ was a citizen of El Salvador with no documentation to be legally present in the US. RIVAS-DIAZ was taken into ICE custody without incident and transported to the Atlanta Field Office for processing.

VIOLATION:
On 02/20/26, RIVAS-DIAZ freely admitted to being a citizen and national of El Salvador by nature of his birth in El Salvador. RIVAS-DIAZ further admits to being illegally present in the United States without proper documents that would allow him to enter into, remain in, or pass through the United States.

IMMIGRATION HISTORY:
RIVAS-DIAZ stated that he is a citizen and national of El Salvador.

RIVAS-DIAZ last entered the United States at an unknown location at an unknown time.

ICE system checks queries showed that RIVAS-DIAZ recently applied for I-131F – Application for Parole in Place for Certain Noncitizen Spouses and Stepchildren of U.S. Citizens - Spouse of a United States Citizen and was denied.

There are no further applications or benefits pending for RIVAS-DIAZ.

FAMILY / DERIVATIVE CITIZENSHIP:
RIVAS-DIAZ stated that both of his parents are natives and citizens of El Salvador.

RIVAS-DIAZ stated that he is legally married and has children.

RIVAS-DIAZ did provide a U.S. address.

RIVAS-DIAZ does not derive and does not claim United States Citizenship.

CRIMINAL HISTORY:
RIVAS-DIAZ has no criminal history.

APPEALS CHECK:
RIVAS-DIAZ is not appealing any criminal charges.

HEALTH & HUMANITARIAN:
RIVAS-DIAZ stated to not be in good health. See A-File for more information.

PROSECUTORIAL DISCRETION:
RIVAS-DIAZ does not qualify for prosecutorial discretion based on current policies. RIVAS-DIAZ does not have any requests/grants of deferred action/stays, etc. that were previously requested and either denied or approved at the local field office level.

CONSULATE NOTIFICATION:
RIVAS-DIAZ was advised of his right to contact his consular official.

TRAVEL DOCUMENT:
RIVAS-DIAZ did not have any travel documents in his possession at time of arrest.

RIVAS-DIAZ did have a Maryland driver's license and an El Salvador id card in his possession at the time of arrest.

PROPERTY / CURRENCY:
RIVAS-DIAZ did not have any currency in his possession at time of arrest.

HISTORY OF U.S. MILITARY SERVICE
RIVAS-DIAZ stated that he has not served in any branch of the U.S. Military.

Phone Call:
RIVAS-DIAZ was granted a phone call.

VIOLENCE AGAINST WOMAN ACT (VAWA) - U/T VISA:
RIVAS-DIAZ stated that he has no VAWA, T-visa, or U-visa case pending.

FREE LEGAL SERVICES:
RIVAS-DIAZ was provided with a list of free legal service providers.

GANG AFFILIATION:
RIVAS-DIAZ does not claim membership or affiliation with any gangs.

ASYLUM CLAIM:
RIVAS-DIAZ expressed no fear of returning to his country of citizenship.

DISPOSITION:
RIVAS-DIAZ entered the United States illegally and remains unlawfully present in the United States. He is an inadmissible alien pursuant to section:

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

RIVAS-DIAZ was issued an I-862, Notice to Appear, I-826 Notice of Rights and Request for Disposition, and an I-200, Warrant for Arrest of Alien. He was given copies of all pertinent documents.

[redacted]