10:22 6:45 54

30

RL J

Feb 20







**Dropped Pin**
US-23 S
Cornelia GA 30531
United States
Maps

D Jon

DJ Who's going to it

+1 (678) 972-5062 Add

Maddox Corey

J Dub Ice

He's coming w/us

Text Message • SMS


This don't really look like the same dude
MARYLAND USA
Driver's License
NOT FOR FEDERAL IDENTIFICATION
DL
07/18/1978
Customer identifier
R-123-440-108-567
Family name
RIVAS DIAZ
Given names
JOSE CARLOS
Address
19132 ROMAN WAY
MONTGOMRY VLG MD 20886
Date of birth 07/18/1978
Sex M
Height 5'-05"
Weight 160
Date of exp 07/18/2029
Date of issue 07/15/2021
Restrictions AU
Classifications C
15018BOCE
KUDZU HILL DR
Dropped Pin
Text Message • SMS
Dropped Pin
US-23 S