# DECLARACIÓN JURADA DE YANIRA LIZETH HERNÁNDEZ ANDRADE

1. Mi nombre es Yanira Lizeth Hernández Andrade. Nací el 13 de agosto de 1985 y actualmente resido en 4034 Crabapple Dr, Gainesville, GA 30507. Soy la esposa de José Carlos Rivas Díaz, el Demandado en este caso.

2. Conozco a mi esposo desde que éramos niños en El Salvador, pero nos reencontramos aquí en Georgia en el año 2003 a través de nuestra iglesia. Hemos sido pareja desde el 2007 y nos casamos legalmente en el 2020 Vivimos juntos y hemos compartido el mismo hogar desde el 2007, residiendo en nuestra dirección actual en Gainesville desde el 2019.

3. Tenemos tres hijas juntos que viven en nuestro hogar: Ashley (17), Charizard (13) y Ariete (5). Las tres son ciudadanas estadounidenses. Soy plenamente consciente de que mi esposo se encuentra actualmente en detención de inmigración, y estoy aquí hoy para testificar en apoyo de su solicitud de fianza para que pueda regresar con nuestra familia mientras se resuelve su caso.

4. José ha vivido en los Estados Unidos desde el año 2000 y ha sido residente de Georgia por más de veinte años. Antes de su detención, vivía conmigo y nuestras hijas en nuestra casa familiar en Gainesville. No tiene propiedades ni hogar en El Salvador; toda su vida y su única familia están aquí en esta comunidad.

5. José es un miembro devoto de la Iglesia de Dios del Séptimo Día en Gainesville, la cual ayudó a fundar en el 2003. Asiste a los servicios todos los miércoles y sábados y participa en vigilias de oración de toda la noche una vez al mes. También es un voluntario frecuente, ayudando en el refugio para personas sin hogar "Good News at Noon" y asistiendo a vecinos ancianos con reparaciones en el hogar.

6. Antes de su detención, José trabajaba a tiempo completo en remodelación de viviendas. Es un hombre muy trabajador que laboraba seis o siete días a la semana para mantenernos. Él era el único proveedor económico de nuestro hogar, ganando aproximadamente $5,000 al mes para cubrir nuestra renta, servicios públicos y la atención médica especializada que nuestra hija mediana requiere para una condición visual grave.

7. Su detención ha sido financieramente devastadora. Debido a que he sido ama de casa desde el 2020 para cuidar a nuestras hijas, hemos perdido nuestra única fuente de ingresos. Si es liberado, tiene un trabajo esperándolo y regresará inmediatamente a trabajar para mantenernos. Estoy preparada para ayudarlo a cumplir con todos los requisitos de empleo y de reporte.

8. Si es liberado, José volverá a vivir conmigo y nuestras hijas en 4034 Crabapple Dr, Gainesville, GA. Esta es una residencia estable y a largo plazo donde hemos vivido durante años. Estoy 100% comprometida a asegurar que asista a cada una de sus audiencias judiciales y citas de control. Yo proporcionaré su transporte y me aseguraré de que la corte siempre tenga nuestra información de contacto actualizada.

9. José nunca ha faltado a una cita en la corte y nunca ha intentado esconderse de las autoridades. Está ansioso por resolver su estatus legal a través del proceso judicial adecuado. Ya tiene una petición I-130 aprobada y actualmente está en el proceso de solicitar un perdón provisional. Él entiende que cumplir con la corte es la única manera de permanecer con su familia.

10. Nunca he conocido a José como una persona violenta. Nunca ha sido arrestado por ningún delito que implique daño a otros, y nunca ha sido violento conmigo o con nuestras hijas. Maneja el estrés a través de su fe y el trabajo duro. Según mi conocimiento, su único problema legal en más de veinte años ha sido una sola multa de tránsito por exceso de velocidad.

11. José es el corazón de nuestro hogar. Como padre, es cariñoso y noble; como proveedor, es incansable. Su ausencia ha causado un profundo trauma emocional a nuestras hijas, especialmente a nuestra hija mayor, Ashley, que es una estudiante de honor en la preparatoria. Lloran constantemente y ni siquiera pueden mirar su ropa sin desmoronarse. Nuestra familia depende de él para todo: financiera, emocional y espiritualmente.

12. Estoy dispuesta y preparada para pagar la fianza de mi esposo. Entiendo que la fianza es una garantía de que él cumplirá con la corte, y el temor a perder ese dinero, combinado con su deseo de permanecer con sus hijas, proporciona un poderoso incentivo para que comparezca.

13. Pido respetuosamente a la Corte que libere a mi esposo bajo fianza porque es un hombre de paz, un padre dedicado y un pilar de nuestra comunidad. Su liberación le permitiría seguir manteniendo a nuestras hijas y manejar sus problemas de salud, incluyendo la presión arterial alta y la ansiedad, mientras terminamos nuestro proceso legal juntos. Doy a esta Corte mi palabra de que cumplirá con cada condición de su liberación.

14. **Juramento bajo 28 U.S.C. § 1746:**

"Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto."

**Firma:** ______________________ **Fecha:** 02/24/2026

## SWORN DECLARATION OF YANIRA LIZETH HERNÁNDEZ ANDRADE

1. My name is Yanira Lizeth Hernandez Andrade. I was born on August 13, 1985, and I currently reside at 4034 Crabapple Dr, Gainesville, GA 30507. I am the wife of Jose Carlos Rivas Diaz, the Respondent in this case.

2. I have known my husband since we were children in El Salvador, but we were reunited here in Georgia in 2003 through our church. We have been a couple since 2007 and were legally married in 2020 We live together and have shared a home since 2007, residing at our current address in Gainesville since 2019.

3. We have three daughters together who live in our household: Ashley (17), Charizard (13), and Ariete (5). All three are U.S. citizens. I am fully aware that my husband is currently in immigration detention, and I am here today to testify in support of his request for bond so he can return to our family while his case is resolved.

4. Jose has lived in the United States since 2000 and has been a resident of Georgia for over twenty years. Before his detention, he was living with me and our children at our family home in Gainesville. He has no property or home in El Salvador; his entire life and his only family are here in this community.

5. Jose is a devoted member of the Iglesia de Dios del Septimo Dia in Gainesville, which he helped found in 2003. He attends services every Wednesday and Saturday and participates in all-night prayer vigils once a month. He is also a frequent volunteer, helping at the "Good News at Noon" homeless shelter and assisting elderly neighbors with home repairs.

6. Before his detention, Jose worked full-time in home remodeling. He is a very hardworking man who worked six or seven days a week to provide for us. He was the sole financial provider for our household, earning approximately $5,000 a month to cover our rent, utilities, and the specialized medical care our middle daughter requires for a serious eye condition.

7. His detention has been financially devastating. Because I have been a stay-at-home mother since 2020 to care for our children, we have lost our only source of income. If he is released, he has a job waiting for him and will immediately return to work to support us. I am prepared to help him comply with all employment and reporting requirements.

8. If released, Jose will return to live with me and our daughters at 4034 Crabapple Dr, Gainesville, GA. This is a stable, long-term residence where we have lived for years. I

am 100% committed to ensuring he attends every single court hearing and check-in. I will provide his transportation and make sure the court always has our current contact information.

9. Jose has never failed to appear for a court date and has never tried to hide from authorities. He is eager to resolve his legal status through the proper court process. He already has an approved I-130 petition and is currently in the process of applying for a provisional waiver. He understands that complying with the court is the only way to stay with his family.

10. I have never known Jose to be a violent person. He has never been arrested for any crime involving harm to others, and he has never been violent toward me or our children. He handles stress through his faith and hard work. To my knowledge, his only legal issue in over twenty years has been a single traffic ticket for speeding.

11. Jose is the heart of our home. As a father, he is affectionate and noble; as a provider, he is tireless. His absence has caused deep emotional trauma for our daughters, especially our oldest, Ashley, who is a high school honor student. They cry constantly and cannot even look at his clothes without breaking down. Our family relies on him for everything—financially, emotionally, and spiritually.

12. I am willing and prepared to post bond for my husband. I understand that the bond is a guarantee that he will comply with the court, and the fear of losing that money, combined with his desire to remain with his children, provides a powerful incentive for him to appear.

13. I respectfully ask the Court to release my husband on bond because he is a peaceful man, a devoted father, and a pillar of our community. His release would allow him to continue providing for our daughters and managing his health issues, including high blood pressure and anxiety, while we finish our legal process together. I give this Court my word that he will follow every condition of his release.

14. **Unsworn Declaration Pursuant to 28 U.S.C. § 1746:**

Under 28 U.S.C. § 1746, any matter required to be supported by a sworn declaration may be supported by an unsworn declaration in writing which is subscribed by such person as true under penalty of perjury.

**"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."**

**Signature:** ____________________ **Date:** ____________________