**SWORN AFFIDAVIT OF ASHLEY GABRIELA RIVAS HERNANDEZ**

1. My name is Ashley Gabriela Rivas Hernandez and I declare that everything I am writing here is the truth to the best of my knowledge.
2. I am a United States citizen and I am 17 years old.
3. I am the oldest child of José Carlos Rivas Díaz and Yanira Hernández, and I live with my mother and my two younger sisters.
4. My dad is the pastor of our small house church; on Saturdays, our religious community (Emmanuel Seventh-Day Church) meets so he can preach and we can be together.
5. On Friday, February 20, 2026, my dad did not come home from work, and we got very worried because he always gets home on time to prepare for the Sabbath.
6. My mom went out to look for him and came back at 3:30 in the morning to wake me up because she could not find him.
7. I helped my mom by calling 911, the hospitals, the police, and even the morgue to see if they knew anything about my dad, but no one had any information.
8. We tried to call immigration, but the person on the phone told us they could not help us because it was after their office hours.
9. On Saturday morning, February 21, 2026, we went out to look for him again on the roads, and I was the one who spotted his Nissan truck.
10. The truck was pushed far back on a hill, hidden behind trees and bushes, where it could not be seen from the main highway.
11. When we got to the truck, I saw that all the doors were unlocked and the keys were left sitting right on the driver's seat for anyone to see.
12. All of my dad's work tools were still in the back; anyone could have stolen them because they were just left there abandoned.
13. Finding the truck like that gave me a lot of fear and anxiety because real police would not leave a car with the keys inside; that is how I knew immigration had taken him without caring about his things.
14. I feel very sad because I just got accepted to Georgia State University and I could not tell my dad the news because he was already in jail.

15. My dad has always encouraged me to study so I can be the first person in our family to graduate from college, and I am very scared that he will not be there to see me graduate.

I declare under penalty of perjury, pursuant to the laws of the United States of America under 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on March 17, 2026.

**Ashley Gabriela Rivas Hernandez**