Case 2:26-cv-00284-RWS Document 1-15 Filed 09/02/26 Page 1 of 1

# Executive Office for Immigration Review
## Adjudication Statistics

### EOIR Amnesty Cases, 2021 - 2025




| | Count[1] |
|---|---|
| Termination | 242,600 |
| Dismissal | 613,815 |
| Administrative Closure | 129,333 |
| Total | 985,748 |

Data Generated: July 24, 2026

[1]Terminations and Dismissals for the time period from February 1, 2021 to January 19, 2025, excluding cases charged under (212)(a)(02) or (237)(a)(02). Administrative Closures for the time period from February 1, 2021 to January 19, 2025.