# Executive Office for Immigration Review
# Adjudication Statistics

## Amnesty Cases by Presidential Term




| End of Term | Amnesty Cases[1] | Pending Cases[2] |
|---|---|---|
| Clinton 1st Term | 120,726 | 279,547 |
| Clinton 2nd Term | 142,922 | 367,516 |
| Bush 1st Term | 162,992 | 416,176 |
| Bush 2nd Term | 172,903 | 422,336 |
| Obama 1st Term | 198,879 | 575,760 |
| Obama 2nd Term | 338,246 | 927,565 |
| Trump 1st Term | 307,171 | 1,707,172 |
| Biden | 394,971 | 4,207,790 |
| Trump 2nd Term (as of June 30, 2026) | 309,677 | 3,751,765 |

Data Generated: July 24, 2026

[1] Amnesty cases are those cases not currently on the active docket following an order of administrative closure. The number of amnesty cases includes both Immigration Court and Board of Immigration Appeals cases.

[2] Pending cases includes both Immigration Court and Board of Immigration Appeals cases.