**EXHIBIT 19**

**DECLARACIÓN SUPLEMENTARIA DE JOSÉ CARLOS RIVAS DÍAZ SOBRE EXPOSICIÓN CONTINUA Y RIESGO DE DAÑO FUTURO**

Yo, **José Carlos Rivas Díaz**, declaro bajo pena de perjurio conforme a 28 U.S.C. § 1746 que los siguientes hechos son verdaderos y correctos según mi conocimiento personal:

**INFORMACIÓN GENERAL**

1. Mi nombre es José Carlos Rivas Díaz.
2. Soy uno de los demandantes en este caso.
3. Presento esta declaración suplementaria para describir mi exposición continua a las prácticas impugnadas en esta demanda y mi riesgo de sufrir daños similares en el futuro.

**RESIDENCIA CONTINUA EN EL NORDESTE DE GEORGIA**

4. Continúo residiendo en el noreste de Georgia junto con mi esposa e hijas.
5. Mi hogar, mi familia, mi congregación religiosa y mi comunidad se encuentran en esta región.
6. No tengo planes de mudarme del noreste de Georgia.
7. Debido a que continúo viviendo en esta región, sigo conduciendo regularmente por las carreteras y autopistas del noreste de Georgia.

**EMPLEO CONTINUO EN CONSTRUCCIÓN Y REMODELACIÓN**

8. Continúo trabajando en construcción y remodelación residencial.
9. Este trabajo sigue siendo la principal fuente de ingresos para mantener a mi familia.
10. Mi trabajo requiere que me desplace regularmente a obras de construcción, viviendas de clientes, proveedores de materiales, ferreterías y otros lugares relacionados con la construcción y remodelación.
11. Conducir es una parte normal y necesaria de mi trabajo.
12. No puedo realizar mi trabajo sin viajar regularmente en vehículo a distintos lugares de trabajo.

**USO CONTINUO DE VEHÍCULOS DE TRABAJO**

13. Continúo operando vehículos utilizados para construcción y remodelación.

14. Esos vehículos con frecuencia contienen herramientas, escaleras, soportes para escaleras, materiales de construcción, equipos y otros artículos asociados con trabajos de construcción.

15. Muchas veces estos artículos son visibles desde el exterior del vehículo.

16. Espero continuar utilizando este tipo de vehículos en el futuro porque son necesarios para que pueda trabajar y mantener a mi familia.

**VIAJES CONTINUOS POR EL CONDADO DE HABERSHAM**

17. Mi trabajo me exige viajar por distintas partes del noreste de Georgia, incluyendo el condado de Habersham.

18. Continúo realizando trabajos de construcción y remodelación que requieren desplazamientos dentro y a través del condado de Habersham.

19. Continúo utilizando la autopista Highway 365 y otras carreteras del área para llegar a lugares de trabajo, proveedores, clientes y otros destinos relacionados con mi empleo.

20. Espero continuar viajando por Highway 365 y por el condado de Habersham en el futuro porque esas rutas siguen siendo importantes y prácticas para mi trabajo.

21. Mi presencia en el condado de Habersham no es algo aislado ni excepcional.

22. Es una parte recurrente y previsible de mi trabajo y de mis actividades cotidianas.

23. Mientras continúe trabajando en construcción y remodelación, espero seguir viajando regularmente por esa área.

**IMPOSIBILIDAD PRÁCTICA DE EVITAR EL ÁREA**

24. Evitar completamente el condado de Habersham no es práctico para mí.

25. Evitar Highway 365 y otras carreteras utilizadas para mi trabajo haría mucho más difícil realizar mi empleo.

26. Los proyectos y oportunidades de trabajo no se limitan a áreas fuera del condado de Habersham.

27. No puedo mantener razonablemente mi ocupación ni sostener a mi familia si intento evitar permanentemente esa zona.

28. Por esa razón, espero continuar viajando por las mismas carreteras y áreas donde ocurrieron los hechos descritos en esta demanda.

**CONTINUACIÓN DE LAS MISMAS CIRCUNSTANCIAS**

29. El 20 de febrero de 2026 yo conducía una camioneta utilizada para construcción que transportaba herramientas y una escalera visible cuando fui detenido en Highway 365.
30. Continúo realizando ese mismo tipo de trabajo.
31. Continúo conduciendo vehículos utilizados en construcción y remodelación.
32. Continúo transportando herramientas, escaleras, materiales y equipo de construcción.
33. Continúo utilizando muchas de las mismas carreteras y rutas relacionadas con mi trabajo.
34. Debido a que continúo desempeñando el mismo trabajo, operando los mismos tipos de vehículos y conduciendo por las mismas carreteras, sigo expuesto a circunstancias similares a las existentes el 20 de febrero de 2026.

**TEMOR DE REPETICIÓN**

35. Debido a que continúo conduciendo vehículos de trabajo y viajando por el condado de Habersham, temo ser sometido nuevamente al mismo tipo de parada, detención, interrogatorio, referencia a agentes migratorios o actividad de aplicación de la ley que describo en esta demanda.
36. Ese temor se basa en el hecho de que continúo realizando el mismo trabajo, utilizando los mismos tipos de vehículos y transitando las mismas carreteras.
37. No puedo eliminar esa exposición sin renunciar a mi empleo y a mi capacidad de mantener a mi familia.
38. Por esas razones, considero que el riesgo de experimentar nuevamente hechos similares es real y continuo.

Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto.

Ejecutado el 31 de agosto de 2026.

---

**José Carlos Rivas Díaz**

---

**ENGLISH TRANSLATION**

**SUPPLEMENTAL DECLARATION OF JOSE CARLOS RIVAS DIAZ CONCERNING CONTINUING EXPOSURE AND RISK OF FUTURE INJURY**

I, **Jose Carlos Rivas Diaz**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following facts are true and correct based upon my personal knowledge:

**GENERAL INFORMATION**

1. My name is Jose Carlos Rivas Diaz.
2. I am one of the plaintiffs in this case.
3. I submit this supplemental declaration to describe my continuing exposure to the challenged practices and my risk of suffering similar harm in the future.

**CONTINUED RESIDENCE IN NORTHEAST GEORGIA**

4. I continue to reside in northeast Georgia with my wife and daughters.
5. My home, family, religious congregation, and community are located in this region.
6. I have no plans to relocate from northeast Georgia.
7. Because I continue to live in this region, I regularly drive on roads and highways throughout northeast Georgia.

**CONTINUED EMPLOYMENT IN CONSTRUCTION AND REMODELING**

8. I continue to work in residential construction and remodeling.
9. This work remains the primary source of income supporting my family.
10. My work requires me to travel regularly to construction sites, customers' homes, suppliers, building-material stores, and other locations related to construction and remodeling.
11. Driving is a normal and necessary part of my work.
12. I cannot perform my work without regularly traveling by vehicle to different jobsites.

**CONTINUED USE OF WORK VEHICLES**

13. I continue to operate vehicles used in construction and remodeling work.
14. Those vehicles frequently contain tools, ladders, ladder racks, construction materials, equipment, and other items associated with construction work.
15. Those items are often visible from outside the vehicle.
16. I expect to continue operating these types of vehicles because they are necessary for me to work and support my family.

**CONTINUED TRAVEL THROUGH HABERSHAM COUNTY**

17. My work requires me to travel throughout northeast Georgia, including Habersham County.
18. I continue to perform construction and remodeling work that requires travel within and through Habersham County.
19. I continue to use Highway 365 and surrounding roads to reach jobsites, suppliers, customers, and other employment-related destinations.
20. I expect to continue traveling through Highway 365 and Habersham County in the future because those routes remain important and practical for my work.
21. My presence in Habersham County is not rare or isolated.
22. It is a recurring and foreseeable part of my employment and daily activities.
23. As long as I continue working in construction and remodeling, I expect to continue traveling through that area on a regular basis.

**PRACTICAL INABILITY TO AVOID THE AREA**

24. It is not practical for me to avoid Habersham County entirely.
25. Avoiding Highway 365 and other roads used in my work would make it substantially more difficult for me to perform my job.
26. Construction projects and work opportunities are not limited to areas outside Habersham County.
27. I cannot reasonably continue my occupation or support my family if I permanently avoid that area.
28. For that reason, I expect to continue traveling through the same roads and areas where the events described in this lawsuit occurred.

**CONTINUATION OF THE SAME CIRCUMSTANCES**

29. On February 20, 2026, I was driving a construction vehicle carrying visible tools and a ladder when I was stopped on Highway 365.
30. I continue to perform that same type of work.
31. I continue to drive vehicles used for construction and remodeling.
32. I continue to transport tools, ladders, materials, and construction equipment.
33. I continue to travel on many of the same roads and routes associated with my work.

34. Because I continue to perform the same work, operate the same types of vehicles, and travel the same roads, I remain exposed to circumstances similar to those that existed on February 20, 2026.

**FEAR OF REPETITION**

35. Because I continue to drive work vehicles and travel through Habersham County, I fear being subjected again to the same type of stop, detention, questioning, immigration referral, or law-enforcement activity described in this lawsuit.
36. That fear is based on the fact that I continue performing the same work, using the same types of vehicles, and traveling on the same roads.
37. I cannot eliminate that exposure without giving up my job and my ability to support my family.
38. For those reasons, I believe the risk of experiencing similar events again is real and ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 31, 2026.

---

**Jose Carlos Rivas Diaz**

---

**CERTIFICATE OF ACCURATE TRANSLATION**

I, **Joshua McCall**, hereby certify that:

I am competent to translate from Spanish into English.

I translated the document entitled "*Declaración Suplementaria de José Carlos Rivas Díaz Sobre Exposición Continua y Riesgo de Daño Futuro*" from Spanish into English.

The foregoing English translation is, to the best of my knowledge and ability, a true, complete, and accurate translation of the original Spanish-language declaration.

Executed this **31st day of August, 2026.**

Respectfully submitted,

/s/ Joshua McCall

**Joshua McCall**
The McCall Firm, LLC
201 Forrest Avenue, Suite A
Gainesville, Georgia 30501